# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

ANTAWN KEMP,                                                                                          PLAINTIFF
ADC #137914

v.                                          2:09-cv-00082-JTK

LARRY NORRIS, et al.                                                                              DEFENDANTS

## ORDER

Plaintiff's Motion to Voluntarily Dismiss Defendants Harmon, Outlaw, and Maurice Williams, together with the official capacity claims against all Defendants (Doc. No. 71) is hereby GRANTED.[1]

IT IS SO ORDERED this 1st day of November, 2010.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] Defendants were contacted by telephone and stated no objection to Plaintiff's Motion.