**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

ANTAWN KEMP,
ADC #137914                                                                                          PLAINTIFF

v.                                          2:09-cv-00082-BSM-JTK

LARRY NORRIS, et al.                                                                           DEFENDANTS

## ORDER

In anticipation of the Evidentiary Hearing scheduled in this case for December 13, 2010, Little Rock, Arkansas, Plaintiff has not requested any witnesses. Defendants filed a Notice (Doc. No. 75) indicating an agreement to transport the Plaintiff on the date of the Hearing.

The Arkansas Department of Correction is hereby directed to ensure the attendance of the Plaintiff, together with his medical and institutional files, at the December 13, 2010 Hearing.

IT IS SO ORDERED this 30th day of November, 2010.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE