### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

ANTAWN KEMP,
ADC #137914                                                                                    PLAINTIFF

V.                                          2:09-cv-00082-JTK

LARRY NORRIS, et al.                                                                       DEFENDANTS

### ORDER

Defendants Jeremy Andrews, James Crumpton, Tyrone Washington, Charles Barnes, Tammy Daniels, and Edward Eaton, through their attorney, have answered and supplied their correct names (Doc. Nos. 22, 34). The Clerk is directed to change the style of the case to reflect the correct names of these Defendants.

IT IS SO ORDERED this 10th day of December, 2010.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE