IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ANTAWN KEMP,
ADC #137914                                                                                         PLAINTIFF

2:09-cv-00082-JTK

LARRY NORRIS, et al.                                                                          DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 17th day of December, 2010.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE